DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YENDE FRANCIS,**
Appellant,

v.

**IAN ZEEK PARETS,**
Appellee.

No. 4D21-3542

[September 8, 2022]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. DVCE21-000006.

Yende Francis, Southwest Ranches, pro se.

Natalie P. Mescolotto of NM Legal, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***